AUSTIN P. NAGEL, ESQ.
California State Bar #118247
LAW OFFICES OF AUSTIN P. NAGEL
111 Deerwood Road, Suite 388
San Ramon, California 94583
Telephone: (925) 855-8080
Facsimile: (925) 855-8090

Attorneys for Secured Creditor,
WELLS FARGO BANK, N.A.

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

In Re:                                    Case No. 08-55674 RLE
                                          (Chapter 13 Proceeding)

FREDERICK VAN JOHNSON,                    R.S. No. APN-1003

                                          Date: May 13, 2009
        Debtor.                           Time: 10:00 am
_____/              Ctrm: #3099,
                                                 280 S. First Street,
                                                 San Jose, CA


MOTION BY SECURED CREDITOR, WELLS
FARGO BANK, N.A., FOR RELIEF FROM AUTOMATIC
STAY RE: ITS INTEREST IN REAL PROPERTY
LOCATED AT 1093 BEAUMONT DR., SAN JOSE, CALIFORNIA
(11 U.S.C. §§362(d)(1)and(2)
11 U.S.C. §1301)


This is a core proceeding as defined by the United States Bankruptcy Code and this

creditor consents to a final Order or Judgment by the above-entitled Court.

The above-entitled Court has jurisdiction over the subject matter of this action

pursuant to 28 U.S.C. §157(a), et seq. and 28 U.S.C. §1334, et seq.

PLEASE TAKE NOTICE that at the date, time, and location specified above, Secured Creditor, WELLS FARGO BANK, N.A. (hereinafter referred to as "Secured Creditor"), a secured creditor of Debtor, FREDERICK VAN JOHNSON (hereinafter referred to as "Debtor"), will respectfully move this Court to vacate the automatic stay entered in this proceeding and to order Debtor and the nonfiling co-Debtor, Mina N. Johnson[1], to abandon their interest in and to the real property more commonly referred to as 1093 Beaumont Dr. in San Jose, California (hereinafter referred to as "the Property") so that Secured Creditor's secured interest in and to the Property may be foreclosed upon or otherwise disposed of in any manner permitted by the laws of the State of California.

This Motion is made on the grounds that the prevailing contractual agreement and Note are in default in that Secured Creditor is without adequate protection because Debtor is delinquent in his payments to Secured Creditor and, therefore, Debtor has failed to provide Secured Creditor with the adequate protection and/or compensation it is entitled to receive hereunder.

Also, Secured Creditor is being prejudiced by the operation of the pending automatic stay provision in that Secured Creditor is being prevented from exercising its contractual and State-law rights over the Property.

Accordingly, Secured Creditor cannot be assured of repayment of the outstanding balance due and owing to it by Debtor and, therefore, Secured Creditor lacks the adequate protection it is entitled to receive pursuant to the applicable provisions of 11 U.S.C. §362.

Based upon the foregoing, Secured Creditor will move the above-captioned Court to exercise its jurisdiction in this matter and grant Secured Creditor immediate relief from

---

[1] Secured Creditor brings this Motion under 11 U.S.C. §1301 as the Deed of Trust is held as Frederick V. Johnson and Mina N. Johnson, Husband and Wife, As Joint Tenants.

the pending automatic stay provisions which will allow Secured Creditor to foreclose upon its interest in and to the Property.

Secured Creditor will further move the above-captioned Court to terminate the pending automatic stay provisions to allow Secured Creditor to send to any party or parties protected by the stay under the applicable provisions of 11 U.S.C. §§362 and 1301, any and all notice required by Secured Creditor policies and/or State and/or Federal law, regulation or statute.

Also, Secured Creditor will move the Court to grant such other and further relief as the Court may deem just and proper.

Pursuant to *Federal Rules of Bankruptcy Procedure, Rule 4001(d)*, a true and correct photocopy of the [*proposed*] Order setting forth Secured Creditor's request for relief is filed separately herewith and is incorporated herein by reference.

This Motion is based on the Notice Of Hearing, this Motion, and the Declaration of Michael Kalbach filed herewith, the pleadings and papers on file in these proceedings and such further oral and documentary evidence as may be presented at the time of hearing on this matter.

WHEREFORE, Secured Creditors respectfully prays that this Court:

1. Render an Order granting Secured Creditor relief from the pending automatic stay provisions, permitting Secured Creditor to move ahead with foreclosure proceedings under the parties' contractual agreement, including any and all action that becomes necessary to obtain possession of the Property;

2. Terminate the pending automatic stay provisions to allow Secured Creditor to send to any party or parties protected by the stay under the applicable provisions of 11 U.S.C. §§362 and 1301, any and all notice required by State and/or Federal law,

regulation or statute;

  3. Allow Secured Creditor to file or amend its claim to allow Secured Creditor to receive, or otherwise collect, any deficient amount that may exist after foreclosure of its interest in and to the Property,

  4. Waive the provisions of Federal Rules of Bankruptcy Procedure, Rule 4001(a)(3); and,

  5. Grant such other and further relief as the Court may deem just and proper.

Dated: April 21, 2009      LAW OFFICES OF
              AUSTIN P. NAGEL


              By /s/ Austin P. Nagel
               Attorneys for Secured
               Creditor, WELLS FARGO
               BANK, N.A.

WFBBK.279