AUSTIN P. NAGEL, ESQ.
California State Bar #118247
LAW OFFICES OF AUSTIN P. NAGEL
111 Deerwood Road, Suite 388
San Ramon, CA 94583
Telephone: (925) 855-8080
Facsimile: (925) 855-8090

Attorneys for Secured Creditor
WELLS FARGO BANK, N.A.

**The following constitutes**
**the order of the court. Signed July 22, 2009**

_____
Roger L. Efremsky
U.S. Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

In Re:

FREDERICK VAN JOHNSON,

           Debtors
_____/

Case No. 08-55674 RLE
(Chapter 13 Proceeding)

R.S. No. APN-1003

ORDER REGARDING SECURED
CREDITOR, WELLS FARGO
BANK, N.A.'S MOTION FOR
RELIEF FROM AUTOMATIC
STAY

Date: July 15, 2009
Time: 10:00 a.m.
Ctrm: #3099,
      280 S. First St.,
      San Jose, CA

      On July 15, 2009, a telephonic hearing was held before the above-entitled Court regarding Secured Creditor, WELLS FARGO BANK, N.A.'s Motion For Relief From Automatic Stay under 11 U.S.C. §§362(d)(1)and(2), pertaining to that Note and Deed Of Trust that secure that real property located at 1093 Beaumont Drive in San Jose, California (hereinafter referred to as "The Property").

      All appearances having been duly entered on the record and after oral, documentary, and/or competent evidence was considered, the above-entitled Court found and ordered as follows:

///

1

1. IT IS HEREBY ORDERED that Debtor, FREDERICK VAN JOHNSON (hereinafter referred to as "Debtor") shall remain current in his monthly payment Secured Creditor, WELLS FARGO BANK, N.A. (hereinafter referred to as "Secured Creditor") until Debtor's account with Secured Creditor has been paid in full.

2. In the event that Debtors default under the terms contained herein, IT IS HEREBY FURTHER ORDERED that Secured Creditor shall restore this Motion to the Court's calendar upon ten (10) days' notice to all parties-in-interest hereunder.

APPROVED AS TO
FORM AND CONTENT:

dated: July 1, 2009          JAVED I. ELLAHIE,
                                 Attorney at Law


                                By /s/ Javed I. Ellahie
                                 Attorney for Debtor,
                                 FREDERICK VAN JOHNSON

**END OF ORDER**

WFBBK.279

COURT SERVICE LIST

Frederick V Johnson
1093 Beaumont Drive
San Jose, CA  95129

Javed Ellahie
P.O. Box 1638
San Jose, CA  95109

Devin  Derham-Burk
P.O. Box 50013
San Jose, CA  95150

U.S. Trustee San Jose
280 S 1st St. #268
San Jose, CA  95113

Mina N. Johnson
1093 Beaumont Drive
San Jose, CA  95129